Certificate Number: 03088-WAW-CC-011875677


03088-WAW-CC-011875677

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 4, 2010</u>, at <u>9:02</u> o'clock <u>AM CDT</u>, <u>Lanny A Allen</u> received from <u>Debt Education and Certification Foundation</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Western District of Washington</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>August 4, 2010</u>          By:   <u>/s/Susan D. Gann</u>

                                      Name: <u>Susan D. Gann</u>

                                      Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).