B6C (Official Form 6C) (4/10)

In re **Lanny Anthony Allen**, Case No. **10-19228**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box) $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on Hand | 11 U.S.C. § 522(d)(5) | 85.00 | 85.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking Account with Alaska USA Bank ending in 6253 | 11 U.S.C. § 522(d)(5) | 20.00 | 20.00 |
| Savings Account with Alaska USA Bank | 11 U.S.C. § 522(d)(5) | 10.00 | 10.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Security Deposit - Emerald Place Apartments - $300.00 | 11 U.S.C. § 522(d)(5) | 300.00 | 300.00 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous used household goods and furnishings: Queen sized bed, dresser, end tables, coffee table, sofa and loveseat, kitchen utensils and small kitchen appliances, table, chairs, desk, bookshelf, television, television stand. | 11 U.S.C. § 522(d)(3) | 1,800.00 | 1,800.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Used Books, CD's, DVD's | 11 U.S.C. § 522(d)(5) | 40.00 | 40.00 |
| **Wearing Apparel** | | | |
| Personal used clothing | 11 U.S.C. § 522(d)(5) | 300.00 | 300.00 |
| **Furs and Jewelry** | | | |
| Men's Jewelry: Bracelet, ring, watch, necklace | 11 U.S.C. § 522(d)(4) | 225.00 | 225.00 |
| **Interests in Insurance Policies** | | | |
| Employer - Term Life Insurance - no cash surrender value | 11 U.S.C. § 522(d)(7) | 0.00 | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| PERS 2 Plan | 11 U.S.C. § 522(d)(12) | 21,258.85 | 21,258.85 |
| **Accounts Receivable** | | | |
| Approximately $14,000 for L & I settlement | 11 U.S.C. § 522(d)(10)(C) | 14,000.00 | 14,000.00 |
| | Total: | **38,038.85** | **38,038.85** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy